[Nos. 34524-9-I; 35092-7-I; Division One. May 6, 1996.]
34525-7-I.

VIET CUONG NGUYEN, *Appellant*, v. TAN N. TRAN,
ET AL., *Respondents*.

TAN N. TRAN, ET AL., *Respondents*, v. HANNA H.T.
NGUYEN, ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for King
County, No. 93-2-05317-7, Dale B. Ramerman, J., entered
April 23, 1994. *Affirmed in part* and *reversed in part* by
unpublished opinion per Webster, J., concurred in by
Coleman and Becker, JJ.

[No. 36658-1-I. Division One. July 22, 1996.]

RHOD-A-ZALEA & 35TH, INC., *Respondent*, v.
SNOHOMISH COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 92-2-05522-6, Thomas J. Wynne, J.,
entered April 18, 1995. *Affirmed* by unpublished opinion
per Grosse, J., concurred in by Kennedy, A.C.J., and Web-
ster, J.

[No. 35773-5-I. Division One. April 28, 1997.]

*In the Matter of the Marriage of* PENNY BOYER
HAYTON, *Respondent,* and JAMES BLAINE HAYTON III,
*Appellant.*

Appeal from a judgment of the Superior Court for
Skagit County, No. 92-3-00114-1, Michael E. Rickert, J.,
entered November 10, 1994. *Affirmed* by unpublished
opinion per Webster, J., concurred in by Kennedy, A.C.J.,
and Ellington, J.